**Official Form 1 (4/07)**

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>***Lowitzki, Edward R. Sr.*** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>***xxx-xx-4876*** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>***12125 Oakcrest Drive***<br>***Huntley, IL***<br>ZIP Code ***60142*** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>***Mc Henry*** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>***P. O. Box 1103***<br>***Huntley, IL***<br>ZIP Code ***60142-1103*** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☐ Full Filing Fee attached
- ■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** *Jeffrey M. Krasner 01524909* ***

THIS SPACE IS FOR COURT USE ONLY

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                        **FORM B1**, Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Lowitzki, Edward R. Sr.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   *- None -* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: *- None -* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X** *  /s/ Jeffrey M. Krasner*                 *September 25, 2007* Signature of Attorney for Debtor(s)              (Date) **Jeffrey M. Krasner** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)

**FORM B1**, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
  *Lowitzki, Edward R. Sr.*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Edward R. Lowitzki, Sr.*
Signature of Debtor *Edward R. Lowitzki, Sr.*

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

*September 25, 2007*
Date

### Signature of Attorney

**X** */s/ Jeffrey M. Krasner*
Signature of Attorney for Debtor(s)

*Jeffrey M. Krasner 01524909*
Printed Name of Attorney for Debtor(s)

*KRASNER HART LAW GROUP*
Firm Name

*308 West State Street, Suite M-8*
*Rockford, IL 61101*

Address

*Email: krasnerhartlawgroup@mac.com*
*815-962-0098  Fax: 815-964-4280*
Telephone Number

*September 25, 2007*
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Edward R. Lowitzki, Sr.**

Debtor(s)

Case No.

Chapter   **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      */s/ Edward R. Lowitzki, Sr.*
                      *Edward R. Lowitzki, Sr.*

Date:   *September 25, 2007*

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

JEFFREY M. KRASNER
KRASNER HART LAW GROUP
308 WEST STATE STREET, SUITE M-8
ROCKFORD, IL 61101

AUTO-OWNERS INSURANCE
P.O. BOX 30315
LANSING MI 48909

COMMONWEALTH EDISON
C/O HARVARD COLLECTION SVC
4839 N. ELSTON AVE.
CHICAGO IL 60630-2534

EDWARD R. LOWITZKI, SR.
P. O. BOX 1103
HUNTLEY IL 60142-1103

BANK OF AMERICA
P.O. BOX 15026
WILMINGTON DE 19850-5026

DAKOTA STATE BANK
REWARDS 660
PO BOX 89210
SIOUX FALLS SD 57109-9210

CHASE HOME FINANCE
3415 VISION DRIVE
COLUMBUS OH 43219

CAPITAL ONE
C/O NCO FINANCIAL SYSTEMS
1804 WASHINGTON BLVD
BALTIMORE MD 21230

DELUXE BUSINESS CHECKS
PO BOX 742572
CINCINNATIR OH 45724-2572

CHASE HOME FINANCE
10790 RANCHO BERNARDO ROAD
SAN DIEGO CA 92127

CAPITAL ONE F.S.B.
C/O NCO FINANCIAL SYSTEMS
PO BOX 15630
WILMINGTON DE 19850-5630

FIA CARDSERVICES
C/O CREDITORS INTERCHANGE
80 HOLTZ DRIVE
BUFFALO NY 14225

IDES
C/O GC SERVICES
6330 GULFTON
HOUSTON TX 77081

CENTEGRA HEALTH SYSTEM
CENTEGRA MEM. MEDICAL CTR
P.O. BOX 1990
WOODSTOCK IL 60098

FIFTH THIRD BANK
450 S RANDALL ROAD
ALGONQUIN IL 60102

ILLINOIS DEPT OF REVENUE
SPRINGFIELD IL 62776-0001

CHASE BANK USA
C/O SARAH A. FAULKNER
131 S DEARBORN ST, FLOOR 5
CHICAGO IL 60603

FIFTH THIRD BANK
COLLECTIONS DEPARTMENT
MD ROPS05-3110
CINCINNATI OH 45263

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0030

CHASE BANK USA
C/O NAFS
165 LAWRENCE BELL DR
WILLIAMSVILLE NY 14231-9027

GASOLINE CARD CENTER
PO BOX 689151
DES MOINES IA 50368

700 CREDIT
2233 WEST 190TH STREET
TORRANCE CA 90504

CHASE BANK USA, NA
PO BOX 15298
WILMINGTON DE 19850-5298

HOME DEPOT CREDIT SERV
CITIBANK (SOUTH DAKOTA)
PO BOX 689106
DES MOINES IA 50368-9106

A/V DESIGN ASSOC, INC
220 E. LAKE ST., STE 300
ADDISON IL 60108

CITI CARDS
P.O. BOX 6077
SIOUX FALLS SD 57117-6077

HOME DEPOT CREDIT SERVICES
PO BOX 689100
DES MOINES IA 50368-9100

ALAN H. SHIFRIN & ASSOC.
3315 ALGONQUIN ROAD
SUITE 202
ROLLING MEADOWS IL 60008

CITIBANK (SOUTH DAKOTA) NA
C/O THE CBE GROUP
131 TOWER PARK, STE 100
WATERLOO IA 50704-2547

HOUSEHOLD RENAISSANCE
C/O UCB, INC.
5620 SOUTHWYCK BLVD
TOLEDO OH 43614

HSBC BANK NEADA
C/O REDLINE RECOVERY SERV
6201 BONHOMME ST, STE 100S
HOUSTON TX 77036

OFFICE DEPOT-VIKING
C/O VENGROFF WILLIAMS
PO BOX 4155
SARASOTA FL 34230-4155

CAINE & WEINER
1100 E WOODFIELD ROAD
SUITE 425
SCHAUMBURG IL 60173


HSBC BANK NEVADA
C/O TDM
PO BOX 6700
NORCROSS GA 30091-6700

PYLPOWICZ, STEVE AND STACY

CBE GROUP, INC
131 TOWER PARK, STE. 100
PO BOX 2547
WATERLOO IA 50704-2547


HSBC MASTERCARD
PO BOX 80084
SALINAS CA 93912

SALLIE MAE
P.O. BOX 4100
WILKES BARRE PA 18773-4100

ENHANCED RECOVERY CORP
8014 BAYBERRY RD
JACKSONVILLE FL 32256-7412


HUDSON & KEYSE, LLC
ASSIGNEE OF FIFTH THIRD
382 BLACKBROOK ROAD
PAINESVILLE OH 44077

SBC
P. O. BOX 5072
SAGINAW MI 48605-5072

GRC
PO BOX 82508
LAS VEGAS NV 89180-2508


I.D.E.S.
BENEFIT REPAYMENTS
PO BOX 19286
SPRINGFIELD IL 62794-9286

SKYE ALEXANDER
C/O RMCB
2269 S. SAW MILL RIVER RD
ELMSFORD NY 10523

SUNRISE CREDIT SVCS
260 AIRPORT PLAZA
PO BOX 9100
FARMINGDALE NY 11735-9100


ILLIANA FINANCIAL, INC.
833 N. CHURCH ROAD
ELMHURST IL 60126

SOFT WATER DITY, INC
C/O TRACKERS INC
PO BOX 1227
BETTENDORF IA 52722

VAN RU CREDIT
1350 E. TOUHY AVE.
SUITE 100E
DES PLAINES IL 60018


KALLANTZES, THEODORE
C/O MICHAEL COPPEDGE
20 GRANT STREET
CRYSTAL LAKE IL 60014

SPRINT
C/O/ RPM LLC
PO BOX 768
BOTHELL WA 98041-0768


NCO FINANCIAL
507 PRUDENTIAL ROAD
HORSHAM PA 19044

UPS
PO BOX 650580
DALLAS TX 75265-0580


NEW WORLD MEDIA, LLC
6245 HOWARD STREET
NILES IL 60714

VERIZON WEST NORTH (B)
C/O KCA FINANCIAL SERVICES
PO BOX 53
GENEVA IL 60134


NORTHERN ILL WINDOWS INC
PO BOX 332
MCHENRY IL 60051

AMERICAN EXPRESS
P.O. BOX 360002
FT. LAUDERDALE FL 33336-0002